JOEL E. TASCA, ESQ.
Nevada Bar No. 014124
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:    (702) 792-3773
Fax:    (702) 792-9002
Email: joel.tasca@gtlaw.com

*Attorney for LendingClub Bank, National Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gwendolyn Washington<br><br>                         Plaintiff,<br><br>v.<br><br>Trans Union LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.;Clarity Services, Inc.; Backgroundchecks.com LLC; LendingClub Bank, National Association and Equiant Financial Services Inc,<br><br>                         Defendants. | Case No.  2:24-cv-01591-JCM-EJY<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE TIME FOR DEFENDANT LENDINGCLUB BANK, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel, to extend the current deadline for LendingClub Bank, National Association ("LendingClub") to respond to Plaintiff's complaint until October 15, 2024, to allow LendingClub to further investigate plaintiff's allegations, and for the parties to explore potential resolution.

///

///

///

///

///

///

This is the first request for an extension of time for LendingClub to respond to Plaintiff's complaint.  This request is being sought in good faith and not for purposes of delay.

DATED this 24th day of September, 2024.

**GREENBERG TRAURIG, LLP**


_____/s/ Joel E. Tasca_____
JOEL E. TASCA, ESQ.
Nevada Bar No. 014124
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
*Attorney for LendingClub Bank, National Association*

DATED this 24th day of September, 2024.

**FREEDOM LAW FIRM**


_____/s/ George Haines_____
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Gwendolyn Washington*

**IT IS SO ORDERED:**


_____
**HONORABLE ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  September 24, 2024**

ACTIVE 702281899v1