1  Diana G. Dickinson, Esq.
   Nevada Bar No. 13477
2  Littler Mendelson, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5  ddickinson@littler.com

6  Attorney for Defendant
   BACKGROUNDCHECKS.COM LLC
7

8

9               **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
10

11 | Gwendolyn Washington, | Case No. 2:24-cv-01591-JCM-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Trans Union LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; Lending Club Bank, National Association and Equiant Financial Services Inc., | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff GWENDOLYN WASHINGTON ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of October 29, 2024, up to and including **December 2, 2024.**

The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 25, 2024

Respectfully submitted,

*/s/ Gerado Avalos*
George Haines, Esq.
Gerardo Avalos, Esq
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
GWENDOLYN WASHINGTON

Dated:  October 25, 2024

Respectfully submitted,

*/s/ Diana G. Dickinson*
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated:   October 25, 2024

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

4857-1424-0230.1 / 107811-1039